UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 2924<br>20-MD-2924<br><br>JUDGE ROBIN L. ROSENBERG<br>MAGISTRATE JUDGE BRUCE E. REINHART |
| _____/ | |

**THIS DOCUMENT RELATES TO: ALL CASES**

## FINAL JUDGMENT

Pursuant to the Court's Order of November 1, 2021, Dkt. No. 4595, for the reasons stated therein, and upon the Court's express determination that there is no just reason for delay, **FINAL JUDGMENT** under Federal Rule of Civil Procedure 54(b) is hereby entered on behalf of all Retailer/Pharmacy and Distributor Defendants (as identified in Appendix A)[1] against any Plaintiff who has entered a claim against any Retailer/Pharmacy or Distributor Defendant, as to Counts I through VI and Counts VIII through XII of the Master Personal Injury Complaint, Dkt. No. 887 (the "MPIC"), all previously dismissed by the Court, *see* Dkt. No. 2513, and as further identified as follows in the MPIC:

Count I: Strict Products Liability—Failure to Warn

Count II: Strict Products Liability—Design Defect

Count III: Strict Products Liability—Manufacturing Defect

Count IV: Negligence—Failure to Warn

---

[1] The Retailer, Pharmacy and Distributor Defendants identified in Appendix A are Defendants named in the Master Personal Injury Complaint and the Amended Master Personal Injury Complaint. Appendix A also includes additional Retailer and Pharmacy Defendants named in individual complaints filed in or transferred to the MDL, but which are not named in the Master Complaints. The parties represent that the list of Defendants identified in Exhibit A may not be exhaustive and/or capture every Retailer and/or Pharmacy identified in all current and future individual complaints; the parties may move to amend or supplement this Appendix in the event additional Retailer, Pharmacy, and/or Distributor Defendant(s) are identified during the pendency of the MDL to which this Final Judgment would be applicable.

Count V: Negligent Product Design

Count VI: Negligent Manufacturing

Count VIII: Negligent Misrepresentation

Count IX: Breach of Express Warranties

Count X: Breach of Implied Warranties

Count XI: Violation of Consumer Protection and Deceptive Trade Practices Laws

Count XII: Unjust Enrichment

The Court does not enter judgment as to Count VII, General Negligence. The Clerk of the Court shall file a copy of this judgment on the MDL docket.

**DONE** and **ORDERED** in Chambers, West Palm Beach, Florida, this 15th day of November, 2021.

_____
**ROBIN L. ROSENBERG**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to: Counsel of Record

## **Appendix A**
List of Retailer, Pharmacy, and Distributor Defendants

| DISTRIBUTOR DEFENDANTS |
|---|
| Amerisource Health Services, LLC d/b/a American Health Packaging |
| AmerisourceBergen Corporation |
| Cardinal Health, Inc. |
| Geri-Care Pharmaceuticals, Corp. |
| Golden State Medical Supply, Inc. |
| McKesson Corporation |

| RETAILER AND PHARMACY DEFENDANTS |
|---|
| Albertsons Companies, Inc. (improperly named as Albertson's Companies, Inc.) |
| Amazon.com, Inc. |
| Bob's Discount Pharmacy |
| BJ's Wholesale Club Holdings, Inc. |
| Costco Wholesale Corporation |
| CVS Pharmacy, Inc. |
| Dollar General Corporation |
| Dolgencorp, LLC |
| Dollar Tree Stores, Inc. |
| Duane Reade, Inc. |
| Express Scripts, Inc., as the named defendant, on behalf of the related Express Scripts pharmacy entities that may have dispensed brand or generic ranitidine |
| Family Dollar, Inc. |
| Family Dollar Services, LLC f/k/a Family Dollar Services, Inc. |
| Fred Meyer Stores, Inc |
| Giant Eagle, Inc. |
| H-E-B Grocery Company, LP (improperly named as H-E-B LP f/k/a HEB Grocery Company) |
| Humana Pharmacy, Inc. (improperly named as Humana Pharmacy Solutions, Inc.) |
| Hy-Vee, Inc. |
| Innovis Health, LLC dba Essentia Health West (improperly named as Essentia Health) |
| Kaiser Permanente International |
| Martin's Super Markets, L.L.C. |
| Memorial Hospital at Gulfport Foundation, Inc. (improperly named as Memorial Outpatient Pharmacy) |
| OptumRx, Inc. |
| Price Chopper Operating Co., Inc. |
| Publix Super Markets, Inc. (improperly named as Publix Supermarkets, Inc.) |
| Rite Aid Hdqtrs. Corp. (improperly named as Rite Aid Corporation) |

Case 9:20-md-02924-RLR   Document 4665-1   Entered on FLSD Docket 11/15/2021   Page 2 of 2
USCA11 Case: 23-10640   Document: 1-4   Date Filed: 02/27/2023   Page: 4 of 4

2

| RETAILER AND PHARMACY DEFENDANTS |
| --- |
| Safeway Inc. (improperly named as Safeway, Inc.) |
| Sam's West, Inc. |
| ShopRite Supermarkets, Inc. (improperly named as Shop-Rite Supermarkets, Inc.) |
| Smith's Food & Drug Centers, Inc. (improperly named as Smith's Food and Drug Centers, Inc.) |
| Southeastern Grocers, Inc. (improperly named as Southeastern Grocers, Inc. f/k/a Southeastern Grocers, LLC) |
| SpartanNash Company |
| The GIANT Company, LLC f/k/a Giant Food Stores, LLC |
| Giant of Maryland, LLC |
| The Kroger Co. |
| Target Corporation |
| Vitamin Shoppe Industries LLC f/k/a Vitamin Shoppe Industries Inc. |
| The Vons Companies, Inc. |
| Wakefern Food Corporation |
| Walgreens Boots Alliance, Inc. |
| Walgreen Co. |
| Walmart Inc. |
| Winn-Dixie Stores, Inc. (improperly named as Winn Dixie Stores, Inc.) |